IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANSELMO FLORES PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-2920-K |
| | § | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, ET AL., | § § § § | |
| Respondents. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED and DECREED that Petitioner Anselmo Flores Perez's application for a writ of habeas corpus under 28 U.S.C. § 2241 [Dkt. No. 1] is GRANTED insofar as Respondents are ORDERED to provide him with a bond hearing before an immigration judge **within seven days** of entry of this Judgment. Respondents are ORDERED to notify the Court within 24 hours that a bond hearing was held. The Court DENIES the motion for a temporary restraining order [Dkt. No. 2].

SO ORDERED.'

Signed December 9th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE