IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANSELMO FLORES PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2920-K |
| | § | |
| KRISTI NOEM, in her official capacity | § | |
| as Secretary of the Department of | § | |
| Homeland Security, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Emergency Motion Requesting Entry of Order Adopting Findings, Conclusions and Recommendations (the "Motion"), filed on December 8, 2025, (ECF No. 16), Respondents' Response to Petitioner's Emergency Motion Requesting Entry of Order Adopting Findings, Conclusions and Recommendations (the "Response"), filed on December 8, 2025, (ECF No. 17), and Petitioner's Reply in Support of Emergency Motion Requesting Entry of Order, (the "Reply"), filed on December 8, 2025, (ECF No. 18). The Court has entered the Order adopting the Findings, Conclusions, and Recommendation, and therefore, the motion is **DENIED** as moot.

SO ORDERED.

Signed December 9th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1