IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANSELMO FLORES PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:25-cv-2920-K |
| | § | |
| KRISTI NOEM, in her official capacity | § | |
| as Secretary of the Department of | § | |
| Homeland Security, ET AL., | § | |
| | § | |
| Respondents. | § | |

## AMENDED JUDGMENT

This action came on for consideration by the Court, and the issues have been duly considered and a decision duly rendered. Petitioner Anselmo Flores Perez's application for a writ of habeas corpus under 28 U.S.C. § 2241 [Dkt. No. 1] is **GRANTED in part**. The Court **DENIES** the motion for a temporary restraining order [Dkt. No. 2].

It is ORDERED, ADJUDGED, and DECREED that, **by 12:00 p.m., December 16, 2025**, Respondents shall either: (1) provide Petitioner Flores Perez with a bond hearing before an immigration judge at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Flores Perez's continued detention; or (2) release Petition Flores Perez from custody, under appropriate conditions of release, to a public place.

It is further ORDERED, ADJUDGED, and DECREED that, **by December 16,**

**2025**, Respondents shall **FILE** notice informing the Court whether Petitioner Flores Perez has been released from custody. If Flores Perez has not been released from custody, Respondents shall inform the Court whether and when a bond hearing was held in accordance with the preceding paragraph. Respondents shall further inform the Court, in detail, of the reasons for the immigration judge's decision.

It is further ORDERED, ADJUDGED, and DECREED that, if Petitioner Flores Perez is released, Respondents must **NOTIFY** Flores Perez's counsel of the exact location and exact time of his release as soon as practicable and no less than two hours before his release.

**SO ORDERED.**

Signed December 11th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE